UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD V. NARDO,<br>Plaintiff,<br><br>v.<br><br>JAMES A. NARDO, FRANK A. NARDO, JR.,<br>DANIEL W. NARDO, and FIORE L. NARDO,<br>Defendants | CIVIL ACTION NO. 03CV12251MLW |

## DEFENDANTS' MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

The Defendants, James A. Nardo, Frank A. Nardo, Jr., Daniel W. Nardo and Fiore L. Nardo, move to dismiss the Plaintiff, Richard V. Nardo's, Complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. In support of this motion, the Defendants submit an accompanying Memorandum of Law and the Affidavit of Frank A. Nardo, Jr.

### Local Rule 7.1(A)(2)

The undersigned counsel for the Defendants certifies that he has conferred with counsel for the Plaintiff and has attempted in good faith to resolve or narrow the issues herein.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants, James A. Nardo, Frank A. Nardo, Jr., Daniel W. Nardo and Fiore L. Nardo respectfully request oral argument on this motion, which they believe will assist the court in its disposition hereof.

WHEREFORE, Defendants, James A. Nardo, Frank A. Nardo, Jr., Daniel W. Nardo and Fiore L. Nardo, pray that this Honorable Court enter an order dismissing the Plaintiff's Complaint.

Respectfully submitted,
Defendants,
By their attorney,

*/s/ Jonathan Braverman*

JONATHAN BRAVERMAN, ESQ.
BBO # 054740
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park, Suite 108
Braintree, MA  02184
(781) 848-9610

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for the Plaintiff by first class mail on November 25, 2003 at:

F. Ty Edmondson, Esq.
Frazor & Titus
768 Hemenway Street
Marlborough, MA 01752