UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD V. NARDO, )
    Plaintiff, )
 )
v. )    CIVIL ACTION NO. 03CV1225MLW
 )
JAMES A. NARDO, FRANK A. NARDO, JR., )
DANIEL W. NARDO, and FIORE L. NARDO, )
    Defendants. )

## AFFIDAVIT OF FRANK A. NARDO, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Frank A. Nardo, Jr., upon oath depose and state as true the following:

1. My name is Frank A. Nardo, Jr.. I am the brother of Richard V. Nardo and one of four individual trustees (collectively "Individual Trustees") of the Richard V. Nardo Contingent Trust (the "Trust").

2. The Trust is a testamentary trust created by my father, Frank A. Nardo, Sr., in his Last Will and Testament to encourage Richard's sobriety from drugs and alcohol.

3. My father was a resident and citizen of York County, Pennsylvania at the time he executed his Last Will and Testament and Codicils, and at the time of his death on August 7, 2001.

4. My father's Last Will and Testament and Codicils were duly probated before the Register of Wills in and for York County, Pennsylvania, and administration of my father's Estate remains subject to the jurisdiction of the York County Pennsylvania Court of Common Pleas, Orphans Court Division.

5. I am a resident and citizen of Pennsylvania. I reside at 954 Salisbury Court, Lancaster, Pennsylvania.

6. Individual Trustee, Fiore L. Nardo, is a resident and citizen of Pennsylvania. He resides at 1323 Quarry Lane, Lancaster, Pennsylvania.

7. Individual Trustee, Daniel W. Nardo, is a resident and citizen of Pennsylvania. He resides at 2908 Cape Horn Road, Red Lion, Pennsylvania.

8. Individual Trustee, James A. Nardo, is a resident and citizen of Pennsylvania. He resides at 929 Carter Cove, Hummelstown, Pennsylvania.

9. The corporate trustee ("Corporate Trustee") for the Trust is the First Union Bank, now known at Wachovia Bank, which has a place of business at 12 East Market Street, York, Pennsylvania, at which matters pertaining to the Trust are conducted, and which is the office of the bank representative assigned to handle Trust matters.

10. The corpus of the Trust consists of money market accounts and stocks, all of which are held in Trust by the Wachovia Bank.

11. The situs and corpus of the Trust has at all times been in Pennsylvania.

12. In our capacity as Trustees of the Trust, neither myself nor the other Trustees have conducted any Trust business whatsoever in the Commonwealth of Massachusetts.

13. Any business of the Trust, such as the administration of the Trust, banking or other business, including votes taken by the Trustees, occurs in Pennsylvania.

14. The Trust does not own any real property within the Commonwealth of Massachusetts.

15. The Trustees have not engaged in any act or omission within the Commonwealth of Massachusetts that would cause a tortious injury to the Plaintiff.

16. The Trustees, in such capacity, have not entered into any contracts to supply services or things within the Commonwealth of Massachusetts.

17.  Other than Plaintiff, all individuals having relevant and material knowledge pertaining to the terms of the Trust reside in and are citizens of Pennsylvania, including the Individual Trustees and representatives of the Corporate Trustee and, therefore, it would be unduly burdensome for any of the Trustees to travel to Massachusetts to defend the lawsuit herein.

I declare on this 21st day of November 2003 that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
FRANK A. NARDO, JR.

Sworn and subscribed to before me this 21st day of November, 2003

_____
Notary Public

Notarial Seal
Deborah A. Attard, Notary Public
City Of York, York County
My Commission Expires Oct. 29, 2005
Member, Pennsylvania Association Of Notaries

f:\users\fan\personal\aff of frank nardo jr.doc

3