# Estate of Frank A. Nardo, Sr.
## Amended Inventory

| ɔ. of Shares | Stocks | | |
|---|---|---|---|
| 2,345 | Allstate Corporation held in certificate shares | $ 77,865.72 | |
| ꞁ,755.6590 | Allstate Corporation held in dividend reinvestment account | 91,501.66 | |
| 140 | Metlife, Inc. | 4,100.60 | |
| 285.2320 | Sears Roebuck & Company held in dividend reinvestment account | 12,942.40 | |
| 2568 | Sears Roebuck & Company held in certificate shares | 116,523.00 | |
| | Total Stocks | | 302,933.38 |

| | Cash | | |
|---|---|---|---|
| | Binkley & Ober, Inc., refund of credit balance | 240.58 | |
| | Blue Cross, claim payment | 212.11 | |
| | Capital BlueCross/Pennsylvania BlueSheild, refund of insurance premium | 158.45 | |
| | Cash found in wallet | 150.00 | |
| | Commonwealth of Pennsylvania, refund on 2000 Personal Income tax filed 10/12/2001 | 1,316.00 | |
| | Commonwealth of Pennsylvania, refund on 2001 Personal Income tax filed 10/07/2002 | 359.00 | |

| | | | |
|---|---|---|---|
| Dallastown Area School District, Refund on 2002-2003 School Taxes for Lombard Road and Jonathan Way North Properties | | 2,205.98 | |
| Diane R. Berkeimer, refund on Real Estate Taxes for York Township Properties | | 240.72 | |
| State Auto Insurance Co., refund of insurance premium | 172.00 | | |
| *Adjustment: additional refund from cancellation of auto policy after sale of 2000 Blazer* | *417.00* | 589.00 | |
| United States Treasury, refund applied for on amended 1997 Personal Income Tax | | 192,326.00 | |
| Total Cash | | | 197,797.84 |

## Checking/ Savings Accounts

| | | | |
|---|---|---|---|
| Commerce Bank Checking Account #0512068925 | 1,593.07 | | |
| *Adjustment for Date of Death Balance per bank letter* | (0.60) | 1,592.47 | |
| First Union Checking Account #1000294036274 | | 100.29 | |
| First Union Savings Account #3000454310026 | | 1,001.32 | |
| Interest to date of death | | 0.02 | |
| Total Checking/Savings Accounts | | | 2,694.10 |

## Money Market/CMA Accounts

| | | | |
|---|---|---|---|
| Allfirst Bank Money Market Account #8840253971 | | 566.13 | |
| Interest to date of death | | 0.36 | |

| Description | | | |
|---|---|---|---|
| Commerce Bank Certificate of Deposit #901189 | 206,111.12 | | |
| Interest to date of death | 996.34 | | |
| *Adjustment: Certificate of Deposit was a Trust asset and incorrectly shown on Estate's Inventory* | *(207,107.46)* | - | |
| Escrow Account from sale of Englar Shopping Center | 100,000.00 | | |
| *Adjustment: Included on Inventory based upon oral information, after search for account by Attorney and Executors, no evidence found that such account exits* | *(100,000.00)* | - | |
| Escrow from Sale of Good's Property | 200,000.00 | | |
| *Adjustment: After investigation, determined that escrow had been released before death to Commerce Bank Certificate of Deposit #901189 (see above)* | *(200,000.00)* | - | |
| Total Money Market/ CMA Accounts | | | 566.49 |

Insurance Payable to Executor

| Description | | | |
|---|---|---|---|
| Metropolitan Life Insurance Co, Policy #630-365-085 M, payable to estate as beneficiary @ Face Value | 3,000.00 | | |
| *Adjusted for amount collected* | *3,829.35* | 6,829.35 | |
| Metropolitan Life Insurance Co., Policy #581-201-338AM, for June Nardo, (deceased spouse of Frank Nardo, Sr.) payable to estate as beneficiary | | 923.34 | |

| | | | |
|---|---|---|---|
| Metropolitan Life Insurance Co., Policy #581-201-338, payable to estate as beneficiary @ Face Value | 3,000.00 | | |
| *Adjusted for amount collected* | *6,606.32* | 9,606.32 | |
| Total Insurance Payable to Executor | | | 17,359.01 |

## Insurance Not Payable to Executor

| | | | |
|---|---|---|---|
| Metropolitan Life Insurance Co., Policy #16-263-729, payable in equal shares to seven of decedent's children as beneficiary @ Face Value | 3,000.00 | | |
| *Adjustment: death benefit was not a probate asset* | *(3,000.00)* | - | |
| Total Insurance Not Payable to Executor | | | - |

Tangible Personal Property

| | | | |
|---|---|---|---|
| 1996 Chevy Blazer @ Estimate | 6,000.00 | | |
| *Adjusted per appraisal* | *500.00* | 6,500.00 | |
| 2000 Chevy Blazer LT @ Sale Price | | 16,000.00 | |
| Personal Property @ appraised value | 1,368.00 | | |
| *Adjusted for gifts given prior to death* | *(1,178.00)* | 190.00 | |
| Total Personal Property | | | 22,690.00 |

## Real Property

| | | | |
|---|---|---|---|
| Unimproved Commercial Land located on Lombard Road, Parcel 66, 66A, and 67, York Township, York County, Pennsylvania @ Estimated value | 800,000.00 | | |
| *Adjustment to value per appraisal by B. Daniel Wagner, M.A.I.* | *25,000.00* | 825,000.00 | |

| | | | |
|---|---|---|---|
| Unimproved Real Estate located on Marietta Pike and U.S. 30 irregular shaped tract containing 45.9 net acres (46.683 acres gross by deed), East Hempfield Township, Lancaster County, Pennsylvania @ Estimated value | 500,000.00 | | |
| *Adjustment to value per appraisal by B. Daniel Wagner, M.A.I.* | *25,000.00* | 525,000.00 | |
| Real Estate located on Philadelphia Pike (U.S. 15) and Salem Road (Tr-529), Greene Township, Franklin County, Pennsylvania, Containing .941 acre, site of a McDonald's restaurant @ appraised value by B. Daniel Wagner, M.A.I. | | 180,000.00 | |
| Unimproved Residential Lot located on Jonathan Way North, York Township, York County, Pennsylvania @ Estimated value | 20,000.00 | | |
| *Adjustment to value per appraisal by B. Daniel Wagner, M.A.I.* | *3,000.00* | 23,000.00 | |
| Total Real Property | | | 1,553,000.00 |

Notes

| | | | |
|---|---|---|---|
| $100,000 Stoneybrooke, LLC 6.61% Promissory Note due 09/13/13 @ Face Value | 100,000.00 | | |
| *Adjustment per valuation prepared by Beard Miller Company, LLP* | (28,101.00) | 71,899.00 | |
| Total Notes | | | 71,899.00 |

Savings Bonds

| | | |
|---|---|---|
| 50 U.S. Savings Bonds Series EE | 25.00 | |
| Interest to date of death | 18.84 | |
| 100 U.S. Savings Bonds Series EE | 50.00 | |
| Interest to date of death | 156.52 | |
| Total Savings Bonds | | 250.36 |
| Total Value of Amended Inventory | | $ 2,169,190.18 |

# INSTRUCTIONS

1. This form is drafted to meet the requirements of Sections 3301-3305 of the P-E-F Code.

2. See Section 3301 as to the necessity for filing Supplemental Inventory of after-discovered property.

3. Real Estate situate anywhere in the Commonwealth must be appraised but need not be described by metes and bounds. See Section 3301(a).

4. Real Estate situate outside of the Commonwealth shall be scheduled but not appraised. Section 3301(b).

5. Additional sheets may be inserted where space is found insufficient.

No. 67-01-01157

Filed ____________ A.D., 20 ____

**INVENTORY OF THE PERSONAL PROPERTY AND REAL ESTATE OF**

Frank A. Nardo, Sr. a/k/a Francis Anthony Nardo a/k/a Frank A. Nardo

late of Springettsbury Township in the County of York and Commonwealth of Pennsylvania, deceased.

Fee $ 10.00

Stock and Leader

Frank A. Nardo, Jr. Attorney
Supreme Court ID # 80108

149740/001
1675969

# Proof of Publication

## in the __________ Court __________ of York County

Copy of Advertisement Attached Here

Of ______________ Term, 20

No. ______________

**CO-EXECUTOR'S NOTICE**

Estate of Frank A. Nardo, Sr., a/k/a Francis Anthony Nardo, a/k/a Frank A. Nardo, late of Springettsbury Township, York County, PA, deceased.

Letters testamentary on the last will and testament of said decedent having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned at 3690 Pleasant Valley Road, York, PA 17402.

Rosemary Frederick
Diann Cardello
Co-Executors
Stock and Leader
Professional Corporation
Frank A. Nardo, Jr.
Attorney

THE YORK DISPATCH/YORK SUNDAY NEWS and YORK DAILY RECORD are the names of the daily newspapers of general circulation published continuously for more than the last six months by York Newspaper Company, at its principal place of business, which is at 1891 Loucks Road, York, PA 17404.

The printed copy of the advertisement hereto attached is a true copy, exactly as printed and published, of an advertisement printed in the regular issues of the said The York Dispatch/York Sunday News and York Daily Record published on the following dates, viz:

August 23, 2001

August 30, September 6, 2001

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF YORK SS

Before me, a Notary Public, personally came Kristel Hennessy who being duly sworn deposes and says that he/she is the classified manager of York Newspaper Company, and has personal knowledge of the publication of the adverisement mentioned in the foregoing statement as to the time, place and character of publications are true, and that the affiant is not interested in the subject matter of the above mentioned advertisement.

Sworn and subscribed to before me this

6th day of September 2001

[signature]

Notary Public

[signature]

Notarial Seal
Jean Marie Porter, Notary Public
York Twp., York County
My Commission Expires Mar. 20, 2005
Member, Pennsylvania Association of Notaries

Received Estate of Frank A. Nardo, Sr.
One hundred ninety three ---------88/100 Dollars
in payment of the charge for the publication of above mentioned advertisement and the expense of above affidavit.

| | |
|---|---|
| Advertisement | $ 191.88 |
| Affidavit | $ 2.00 |
| Flat Rate Fee | $ |
| | $ 193.88 |

# Proof of Publication
## of Legal Advertisement in
# York Legal Record

**YORK LEGAL RECORD** is the name of a legal newspaper as designated by the Act of Assembly approved April 24, 1931, P.L. 67, established on March 4, 1880, and issued continuously during a period of at least 6 months prior to the date hereof, owned and published by the **York County Bar** Association, a corporation, having its place of business at 137 East Market Street, in the City of York, Pennsylvania.

The printed copy of the advertisement hereto attached is a true copy, exactly as printed and published, of an advertisement printed in the regular issue of said York Legal Record published on the date following

AUGUST 23, 30 and SEPTEMBER 6, 2001

Jean F. Bednarski
Agent of the **York County Bar Association** designated and authorized to verify Proofs of Publication of advertisements and notices published in the **York Legal Record.**

Commonwealth of Pennsylvania }
County of York } ss.:

Before me, LUCINDA J. VAN LAEYS, duly commissioned and residing in said County, personally came Jean F. Bednarski who being by me duly sworn, deposes and says that she is a designated and duly authorized agent of the **York County Bar Association** to verify proofs of publication of advertisements and notices published in **York Legal Record**, for and on behalf of said Association, and has personal knowledge of the publication of the advertisement or notice mentioned in the foregoing statement on the day or days above stated and that the allegations in said statement relative to the York Legal Record are true according to the best of her knowledge, information and belief, and that she is not interested, directly or indirectly, in the subject matter mentioned in said advertisement or notice.

Sworn and subscribed
Before me this
1[th] day of SEPTEMBER 2001 } Jean F. Bednarski

Lucinda J. Van Laeys

Notarial Seal
Lucinda J. Van Laeys, Notary Public
York, York County
My Commission Expires Oct. 2, 2004
Member, Pennsylvania Association of Notaries

STOCK AND LEADER
Received of FRANK A. NARDO, JR.
FIFTY AND 00/100 Dollars in payment of the charge for the publication of the above-mentioned advertisement and the expense of the above affidavit.

Advertisement $50.00

YORK COUNTY BAR ASSOCIATION

$50.00

## Copy of Advertisement

NOTICE is hereby given that Letters of Administration or Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estates of the following named decedents; and all persons indebted to any of said estates are requested to make immediate payment, and those having claims against any of said estates shall make them known without delay, to the respective Executor or Administrator.

FRANK A. NARDO, SR. a/k/a FRANCIS ANTHONY NARDO a/k/a FRANK A. NARDO late of Springettsbury Twp., York Co., PA, deceased. Rosemary Frederick and Diann Cardello, 3690 Pleasant Valley Road, York, PA 17402, Co-Executors. Stock and Leader, Frank A. Nardo, Jr., Attorney. 8-23-3t

2001

BUREAU OF INDIVIDUAL TAXES
INHERITANCE TAX DIVISION
DEPT. 280601
HARRISBURG, PA 17128-0601

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE

COPY



NOTICE OF INHERITANCE TAX
APPRAISEMENT, ALLOWANCE OR DISALLOWANCE
OF DEDUCTIONS AND ASSESSMENT OF TAX

REV-1547 EX AFP (01-02)

DATE 12-02-2002
ESTATE OF NARDO FRANK A
DATE OF DEATH 08-07-2001
FILE NUMBER 67 01-1157
COUNTY YORK
ACN 101

FRANK A NARDO
STOCK & LEADER
PO BOX 5167
YORK PA 17405

| Amount Remitted |
|---|
| |

COPY

MAKE CHECK PAYABLE AND REMIT PAYMENT TO:
REGISTER OF WILLS
YORK CO COURT HOUSE
YORK, PA 17401

CUT ALONG THIS LINE ► RETAIN LOWER PORTION FOR YOUR RECORDS ◄

REV-1547 EX AFP (01-02) NOTICE OF INHERITANCE TAX APPRAISEMENT, ALLOWANCE OR DISALLOWANCE OF DEDUCTIONS AND ASSESSMENT OF TAX

ESTATE OF NARDO FRANK A FILE NO. 67 01-1157 ACN 101 DATE 12-02-2002

TAX RETURN WAS: ( X ) ACCEPTED AS FILED ( ) CHANGED

RESERVATION CONCERNING FUTURE INTEREST - SEE REVERSE

APPRAISED VALUE OF RETURN BASED ON: ORIGINAL RETURN

| | | | |
|---|---|---|---|
| 1. Real Estate (Schedule A) | (1) 1,553,000.00 | | |
| 2. Stocks and Bonds (Schedule B) | (2) 303,183.74 | | |
| 3. Closely Held Stock/Partnership Interest (Schedule C) | (3) .00 | | |
| 4. Mortgages/Notes Receivable (Schedule D) | (4) 71,899.00 | | |
| 5. Cash/Bank Deposits/Misc. Personal Property (Schedule E) | (5) 222,432.43 | | |
| 6. Jointly Owned Property (Schedule F) | (6) .00 | | |
| 7. Transfers (Schedule G) | (7) 3,834,647.92 | | |
| 8. Total Assets | | (8) | 5,985,163.09 |

NOTE: To insure proper credit to your account, submit the upper portion of this form with your tax payment.

APPROVED DEDUCTIONS AND EXEMPTIONS:

| | | | |
|---|---|---|---|
| 9. Funeral Expenses/Adm. Costs/Misc. Expenses (Schedule H) | (9) 214,878.41 | | |
| 10. Debts/Mortgage Liabilities/Liens (Schedule I) | (10) 230,203.39 | | |
| 11. Total Deductions | | (11) | 445,081.80 |
| 12. Net Value of Tax Return | | (12) | 5,540,081.29 |
| 13. Charitable/Governmental Bequests; Non-elected 9113 Trusts (Schedule J) | | (13) | .00 |
| 14. Net Value of Estate Subject to Tax | | (14) | 5,540,081.29 |

NOTE: If an assessment was issued previously, lines 14, 15 and/or 16, 17, 18 and 19 will reflect figures that include the total of ALL returns assessed to date.

ASSESSMENT OF TAX:

| | | | | |
|---|---|---|---|---|
| 15. Amount of Line 14 at Spousal rate | (15) .00 | x 00 | = | .00 |
| 16. Amount of Line 14 taxable at Lineal/Class A rate | (16) 5,515,081.29 | x 045 | = | 248,178.66 |
| 17. Amount of Line 14 at Sibling rate | (17) .00 | x 12 | = | .00 |
| 18. Amount of Line 14 taxable at Collateral/Class B rate | (18) 25,000.00 | x 15 | = | 3,750.00 |
| 19. Principal Tax Due | | | (19) = | 251,928.66 |

TAX CREDITS:

| PAYMENT DATE | RECEIPT NUMBER | DISCOUNT (+) INTEREST/PEN PAID (-) | AMOUNT PAID |
|---|---|---|---|
| 05-07-2002 | YK002750 | .00 | 254,000.00 |

CREDIT BAL. WILL BE APPLIED TO PA ESTATE TAX

| | |
|---|---|
| TOTAL TAX CREDIT | 254,000.00 |
| BALANCE OF TAX DUE | 2,071.34CR |
| INTEREST AND PEN. | .00 |
| TOTAL DUE | 2,071.34CR |

* IF PAID AFTER DATE INDICATED, SEE REVERSE FOR CALCULATION OF ADDITIONAL INTEREST.

( IF TOTAL DUE IS LESS THAN $1, NO PAYMENT IS REQUIRED. IF TOTAL DUE IS REFLECTED AS A "CREDIT" (CR), YOU MAY BE DUE A REFUND. SEE REVERSE SIDE OF THIS FORM FOR INSTRUCTIONS.)

BUREAU OF INDIVIDUAL TAXES
INHERITANCE TAX DIVISION
DEPT. 280601
HARRISBURG, PA 17128-0601

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE

INHERITANCE TAX
STATEMENT OF ACCOUNT



REV-1607 EX AFP (01-02)

DATE 12-03-2002
ESTATE OF NARDO FRANK A
DATE OF DEATH 08-07-2001
FILE NUMBER 67 01-1157
COUNTY YORK
ACN 101

FRANK A NARDO
STOCK & LEADER
PO BOX 5167
YORK PA 17405

| Amount Remitted |
|---|
| |

MAKE CHECK PAYABLE AND REMIT PAYMENT TO:

REGISTER OF WILLS
YORK CO COURT HOUSE
YORK, PA 17401

NOTE: To insure proper credit to your account, submit the upper portion of this form with your tax payment.

CUT ALONG THIS LINE ► RETAIN LOWER PORTION FOR YOUR RECORDS ◄

REV-1607 EX AFP (01-02) *** INHERITANCE TAX STATEMENT OF ACCOUNT ***

ESTATE OF NARDO FRANK A FILE NO. 67 01-1157 ACN 101 DATE 12-03-2002

THIS STATEMENT IS PROVIDED TO ADVISE OF THE CURRENT STATUS OF THE STATED ACN IN THE NAMED ESTATE. SHOWN BELOW IS A SUMMARY OF THE PRINCIPAL TAX DUE, APPLICATION OF ALL PAYMENTS, THE CURRENT BALANCE, AND, IF APPLICABLE, A PROJECTED INTEREST FIGURE.

DATE OF LAST ASSESSMENT OR RECORD ADJUSTMENT: 11-25-2002

PRINCIPAL TAX DUE: 251,928.66

PAYMENTS (TAX CREDITS):

| PAYMENT DATE | RECEIPT NUMBER | DISCOUNT (+) INTEREST/PEN PAID (-) | AMOUNT PAID |
|---|---|---|---|
| 05-07-2002 | YK002750 | .00 | 251,928.66 |

| | |
|---|---|
| TOTAL TAX CREDIT | 251,928.66 |
| BALANCE OF TAX DUE | .00 |
| INTEREST AND PEN. | .00 |
| TOTAL DUE | .00 |

* IF PAID AFTER THIS DATE, SEE REVERSE SIDE FOR CALCULATION OF ADDITIONAL INTEREST.

( IF TOTAL DUE IS LESS THAN $1, NO PAYMENT IS REQUIRED.

IF TOTAL DUE IS REFLECTED AS A "CREDIT" (CR), YOU MAY BE DUE A REFUND. SEE REVERSE SIDE OF THIS FORM FOR INSTRUCTIONS. )

BUREAU OF INDIVIDUAL TAXES
INHERITANCE TAX DIVISION
DEPT. 280601
HARRISBURG, PA 17128-0601

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE

# INHERITANCE TAX STATEMENT OF ACCOUNT



REV-1607 EX AFP (01-02)

DATE 12-03-2002
ESTATE OF NARDO FRANK A
DATE OF DEATH 08-07-2001
FILE NUMBER 67 01-1157
COUNTY YORK
ACN 201

FRANK A NARDO
STOCK & LEADER
PO BOX 5167
YORK PA 17405

| Amount Remitted |
|---|
| |

MAKE CHECK PAYABLE AND REMIT PAYMENT TO:

REGISTER OF WILLS
YORK CO COURT HOUSE
YORK, PA 17401

FILE COPY

NOTE: To insure proper credit to your account, submit the upper portion of this form with your tax payment.

CUT ALONG THIS LINE ► RETAIN LOWER PORTION FOR YOUR RECORDS ◄

REV-1607 EX AFP (01-02) *** INHERITANCE TAX STATEMENT OF ACCOUNT ***

ESTATE OF NARDO FRANK A FILE NO. 67 01-1157 ACN 201 DATE 12-03-2002

THIS STATEMENT IS PROVIDED TO ADVISE OF THE CURRENT STATUS OF THE STATED ACN IN THE NAMED ESTATE. SHOWN BELOW IS A SUMMARY OF THE PRINCIPAL TAX DUE, APPLICATION OF ALL PAYMENTS, THE CURRENT BALANCE, AND, IF APPLICABLE, A PROJECTED INTEREST FIGURE.

DATE OF LAST ASSESSMENT OR RECORD ADJUSTMENT: 11-25-2002

PRINCIPAL TAX DUE: 144,352.69

PAYMENTS (TAX CREDITS):

| PAYMENT DATE | RECEIPT NUMBER | DISCOUNT (+) INTEREST/PEN PAID (-) | AMOUNT PAID |
|---|---|---|---|
| 05-07-2002 | YK002751 | .00 | 77,100.00 |
| 05-07-2002 | YK002750 | .00 | 2,071.34 |
| 11-07-2002 | YK003849 | .00 | 65,181.35 |

BALANCE OF UNPAID INTEREST/PENALTY AS OF 11-08-2002

| | |
|---|---|
| TOTAL TAX CREDIT | 144,352.69 |
| BALANCE OF TAX DUE | .00 |
| INTEREST AND PEN. | 1,966.91 |
| TOTAL DUE | 1,966.91 |

* IF PAID AFTER THIS DATE, SEE REVERSE SIDE FOR CALCULATION OF ADDITIONAL INTEREST.

( IF TOTAL DUE IS LESS THAN $1, NO PAYMENT IS REQUIRED.

IF TOTAL DUE IS REFLECTED AS A "CREDIT" (CR), YOU MAY BE DUE A REFUND. SEE REVERSE SIDE OF THIS FORM FOR INSTRUCTIONS. )

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**



# MICV2003-04403
# Nardo v Nardo et al

| | | | |
|---|---|---|---|
| **File Date** | 10/27/2003 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 12/01/2003 | **Session** | F - Cv F (10A Cambridge) |
| **Origin** | 1 | **Case Type** | A99 - Misc contract |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 01/25/2004 | **Answer** | 03/25/2004 | **Rule12/19/20** | 03/25/2004 |
| **Rule 15** | 03/25/2004 | **Discovery** | 08/22/2004 | **Rule 56** | 09/21/2004 |
| **Final PTC** | 10/21/2004 | **Disposition** | 12/20/2004 | **Jury Trial** | Yes |

## PARTIES

| | |
|---|---|
| **Plaintiff**<br>Richard V. Nardo<br>Active 10/27/2003 | **Private Counsel 656139**<br>F. Ty Edmondson<br>768 Hemenway Street<br>Frazor & Titus LLC<br>Marlborough, MA 01752<br>Phone: 508-486-9950<br>Active 10/27/2003 Notify |
| **Defendant**<br>James A. Nardo<br>Service pending 10/27/2003 | **Private Counsel 054740**<br>Jonathan Braverman<br>Baker Braverman & Barbadoro<br>50 Braintree Hill Park Suite 108<br>PO Box 850249<br>Braintree, MA 02184<br>Phone: 781-848-9610<br>Fax: 781-848-9790<br>Active 12/01/2003 Notify |
| **Defendant**<br>Daniel W. Nardo<br>Service pending 10/27/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>Frank A. Nardo, Jr.<br>Service pending 10/27/2003 | *** See Attorney Information Above *** |

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## MICV2003-04403
## Nardo v Nardo et al

| **Defendant**<br>Fiore L. Nardo<br>Service pending 10/27/2003 | *** See Attorney Information Above *** |
|---|---|

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 10/27/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 10/27/2003 | | Origin 1, Type A99, Track F. |
| 12/01/2003 | 2.0 | Case REMOVED this date to US District Court of Massachusetts by James A. Nardo, Frank A. Nardo, Jr., Daniel W. Nardo, and Fiore L. Nardo |
| 12/01/2003 | | ABOVE ACTION THIS DAY REMOVED TO U.S. DISTRICT CRT OF MASSACHUSETTS |

**Commonwealth of Massachusetts**
**County of Middlesex**
**The Superior Court**

CIVIL DOCKET # **MICV2003-04403-F**

RE: **Nardo v Nardo et al**

TO:F. Ty Edmondson, Esquire
768 Hemenway Street
Frazor & Titus LLC
Marlborough, MA 01752

**TRACKING ORDER - F TRACK**

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| **STAGES OF LITIGATION** | **DEADLINE** |
|---|---|
| Service of process made and return filed with the Court | 01/25/2004 |
| Response to the complaint filed (also see MRCP 12) | 03/25/2004 |
| All motions under MRCP 12, 19, and 20 filed | 03/25/2004 |
| All motions under MRCP 15 filed | 03/25/2004 |
| All discovery requests and depositions completed | 08/22/2004 |
| All motions under MRCP 56 filed and heard | 09/21/2004 |
| Final pre-trial conference held and/or firm trial date set | 10/21/2004 |
| Case disposed | 12/20/2004 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "**F**" sitting in **Rm 10A (Cambridge) Middlesex Superior Court.**

Dated: 10/28/2003

Edward J. Sullivan,
Clerk of Courts

BY:

Phil Massa
Assistant Clerk

Location: Rm 10A (Cambridge)
Telephone: 617-494-4010 EXT 4281

Check website as to status of case: http://**ma-trialcourts.org/tcic**
2461494 inidoc01 dipacee

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 03-4403 | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) (4) |
|---|---|
| Richard V. Nardo | Fiore Nardo; James A. Nardo, Frank A. Nardo, Sr + Daniel Nardo |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE: F. Ty Edmondson, Frazer + Titus LLP, 768 Hemenway Street, Marlborough MA 01752, tel. 508.486.4950. Board of Bar Overseers number: #656139 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:

- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99/B04 | Negligence / Breach of contract | ( ) | ( ✓ ) Yes ( ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

**TORT CLAIMS**

(Attach additional sheets as necessary)

A. Documented medical expenses to date:

1. Total hospital expenses ........ to date $ 10,000
2. Total Doctor expenses ........ $
3. Total chiropractic expenses ........ $
4. Total physical therapy expenses ........ $
5. Total other expenses (describe) ........ $ [crossed out]

Subtotal $ 10,000

B. Documented lost wages and compensation to date ........ $ 15,000

C. Documented property damages to date ........ $

D. Reasonably anticipated future medical and hospital expenses ........ $

E. Reasonably anticipated lost wages ........ $

F. Other documented items of damages (describe) indebtedness to others $ 5,000

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Negligence of trustees has caused plaintiff damages, including lost wages, hospitalization, physical + emotional harm + harm to plaintiff's business $ 50,000

estimated to date TOTAL $ 80,000

FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE COUNTY OF MIDDLESEX OCT 27 2003 [signature] CLERK

**CONTRACT CLAIMS**

(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Trustee's breach of duties has cause plaintiff actual harm and damages to date and threatens future damages in an amount estimated to exceed TOTAL $. 400,000

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT No.

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record [signature] DATE: 10/27/03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000