FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 12 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RICHARD V. NARDO, Plaintiff, | |
| v. | CIVIL ACTION NO. 03CV12251MLW |
| JAMES A. NARDO, FRANK A. NARDO, JR., DANIEL W. NARDO, and FIORE L. NARDO, Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between all of the parties to this action, acting through their designated counsel, that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: December 11, 2003

By: _____
F. TY EDMONDSON
(BBO#656139)

Frazor & Titus LLC
768 Hemenway Street
Marlborough, MA 01752
Tel. 508-486-9950

Attorney for Plaintiff RICHARD V. NARDO.

Dated: December 11, 2003

By: _____
JONATHAN BRAVERMAN, ESQ.
(BBO#) 054740

Attorney for all Defendants, being:
JAMES A. NARDO,
FRANK A. NARDO, JR.,
DANIEL W. NARDO, and
FIORE L. NARDO

Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park
Suite 108
Braintree, MA 02184
(781) 848-9610

**Frazor & Titus LLC**
Marlborough, Massachusetts

FILED
IN CLERKS OFFICE
2003 DEC 12 P 12:18
U.S. DISTRICT COURT
DISTRICT OF MASS.

F. Ty Edmondson
direct dial 508.486.9950
ftyedmondson@FrazorTitus.com

December 11, 2003

By FedEx

Clerk's Office
U.S. District Court for the District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

        Re: Nardo v. Nardo, et al.
        CV No. 03CV12251MLW

        Re: Stipulation of Dismissal – Rule 41(a)(1)

Dear Sirs:

Please find attached the parties' Stipulation of Dismissal for filing in the above-referenced action. Also, please return the second copy, with date stamp, to me in the enclosed self-addressed envelope.

I certify that a true copy of this document has been served upon the attorney of record for each other party this date by fax.

        With kind regards,

        Frazor & Titus LLC

        *[signature]*

        By: F. Ty Edmondson

Cc: Jonathan Braverman, Attorney for Defendants

Frazor & Titus LLC
768 Hemenway Street
Marlborough, MA 01752