**Frazor & Titus** LLC
Marlborough, Massachusetts

FILED
CLERK'S OFFICE
2003 DEC -9 P 3: 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

F. Ty Edmondson
direct dial 508.486.9950
mobile 617-834-3122
FyEdmondson@FrazorTitus.com

December 9, 2003

Clerk of Court
U.S. District Court, District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA 02210

                Re: Nardo v. Nardo, et al.
                CV No. 03CV12251MLW

                Motion to Extend Time To Respond

Dear Sirs:

Plaintiff hereby moves for permission to extend the time to respond to Defendants' Motion to Dismiss until December 15, 2003. This extension of time, it is hoped, may assist the parties in discussions that could lead to a resolution of the matter. I have conferred with Defendants' counsel and the Motion is unopposed per the attached confirming letter.

I certify that a true copy of this document has been served upon the attorney of record for each other party this date by mail.

                Sincerely,

                Frazor & Titus LLC

                By: F. Ty Edmondson (MA#656139)
                Attorney for Plaintiff Richard V. Nardo

Cc: Jonathan Braverman, Attorney for Defendants

**Frazor & Titus LLC**
Marlborough, Massachusetts

2003 DEC -9 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

F. Ty Edmondson
direct dial 508.486.9950
ftyedmondson@FrazorTitus.com

December 8, 2003

By Fax 781/848-9790

Jonathan Braverman, Esq.
Baker, Braverman & Barbadoro, P.C.
50 Braintree Hill Park
Suite 108
Braintree, MA 02184

Re: Nardo v. Nardo, et al.
CV No. 03CV12251MLW

Dear Mr. Braverman:

Further to our conversation of December 5th, this will confirm your kind extension of time for Plaintiff to respond to Defendants' Motion to Dismiss until December 15, 2003.

Sincerely,

Frazor & Titus LLC

*[signature]*

By: F. Ty Edmondson

Frazor & Titus LLC
768 Hemenway Street
Marlborough, MA 01752